# EXHIBIT A

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                    Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 2024DCV5426

| | | |
|---|---|---|
| **Maria Munoz vs. Target Corporation** | §<br>§<br>§<br>§<br>§ | Case Type: **Other Injury or Damage**<br>Date Filed: **12/03/2024**<br>Location: **County Court at Law 7** |

---

### PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **Target Corporation** | **ANDRES E ALMANZAN**<br>*Retained*<br>915-532-2000(W) |
| | | |
| **Plaintiff** | **Munoz, Maria** | **Tyler N Wilson**<br>*Retained*<br>713-322-4878(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 12/03/2024 | **Original Petition (OCA)**      Index # 1 |
| 12/03/2024 | **E-File Event Original Filing** |
| 12/03/2024 | **Request**      Index # 2 |
| 12/09/2024 | **Citation** |

| | Served | 12/12/2024 |
|---|---|---|
| Target Corporation | Response Received | 01/06/2025 |
| | Returned | 12/13/2024 |

| | |
|---|---|
| 12/13/2024 | **Affidavit of Service**      Index # 3 |
| 01/06/2025 | **Answer**      Index # 5 |
| 01/16/2025 | **Order of Court Setting** |
| 03/18/2025 | **Status/Scheduling Conference**  (10:00 AM) (Judicial Officer Morales, Ruben) |
| 03/19/2025 | **Order of Court Setting** |
| 05/20/2025 | **Status Hearing**  (10:15 AM) (Judicial Officer Morales, Ruben) |

Filed 12/3/2024 3:11 PM
Norma Favela Barceleau
District Clerk
El Paso County
2024DCV5426

CAUSE NO. _____

| | | |
|---|---|---|
| **MARIA MUNOZ** | § | **IN THE DISTRICT COURT** |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **___ JUDICIAL DISTRICT** |
| | § | |
| **TARGET CORPORATION,** | § | |
| | § | |
| *Defendant.* | § | **EL PASO COUNTY, TEXAS** |

## PLAINTIFF'S ORIGINAL PETITION

Plaintiff Maria Munoz complains of Defendant Target Corporation (hereinafter, "Defendant") and would respectfully show that:

### Discovery Level

1.    Plaintiff intends to conduct discovery under level 3.

### Jurisdiction & Venue

2.    This case arises under the common law of Texas. This Court has jurisdiction over this controversy and venue is proper because all or a substantial amount of the events occurred in El Paso County, Texas.

### Statement Regarding Monetary Relief Sought

3.    Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief of less than $75,000.00, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorneys' fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff further pleads that the amount in controversy in this matter does not exceed $75,000.00. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary.

1

## Parties

4.   Plaintiff Maria Munoz is a resident citizen of El Paso County, Texas.

5.   Defendant Target Corporation is a Minnesota corporation licensed to conduct business in the State of Texas. Defendant may be served with process by serving its registered agent, CT Corporation system, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## Background

6.   This lawsuit is necessary as a result of personal injuries that Plaintiff sustained on or about June 29, 2023. Defendant exercises legal control and/or conducts operation at the premises located at 801 Sunland Park Drive, El Paso, Texas 79812.

7.   Plaintiff was an invitee of Defendant on the day in question. While Plaintiff was shopping, she slipped on liquid detergent on the floor, causing her to fall onto the floor. As a result of this fall, Plaintiff suffered serious and permanent injuries.

8.   At the time of the incident in question, Defendant knew or should have known of the unreasonably dangerous condition of the spilled detergent in the aisle. Plaintiff did not have any knowledge of the dangerous condition and could not have reasonably been expected to discover it. Defendant either created the condition and/or failed to correct the condition or to warn Plaintiff about the dangerous condition, which constituted negligence, and such negligence was a proximate cause of the occurrence in question and Plaintiff's resulting injuries.

9.   Plaintiff would show that, based on the above-described facts, Defendant was negligent. Defendant, as occupier and owner of the premises, with control over the premises, had a duty to inform Plaintiff of the dangerous condition and make safe the defective condition existing on Defendant's premises.

2

10.    Defendant is liable to Plaintiff under the theory of premises liability and negligence based on the following negligent conduct:

   a.    Failure to maintain the premises, including floors and walkways, in a reasonably safe condition;

   b.    Failure to inspect the premises where the dangerous condition existed;

   c.    Failure to correct the condition by taking reasonable measures to safeguard persons who entered the premises; and

   d.    Failure to inform Plaintiff of the dangerous condition existing on the premises.

11.    Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages that are described below.

12.    Defendant was also negligent in that it failed to act as reasonably prudent premise owner would act in the same or similar situation.

## <u>Damages</u>

13.    As a direct and proximate result of the above-described actions of Defendant, Plaintiff will show that she has suffered actual damages within the jurisdictional limits of this Court.   By virtue of the actions and conduct of the Defendant set forth above, Plaintiff was seriously injured and is entitled to recover the following damages:

   a.    Past and future medical expenses;

   b.    Past and future pain, suffering and mental anguish;

   c.    Past and future physical impairment;

   d.    Past and future physical disfigurement; and

   e.    Past lost wages and future loss of earning capacity.

3

## Jury Demand

14.    Plaintiff hereby demands a trial by jury.

## Request for Disclosures

15.    Pursuant to Rule 194, Tex. R. Civ. P., Plaintiff requests that Defendant disclose, within thirty (30) days of this request, the information or materials described in Texas Rule of Civil Procedure 194.2(a)-(l).

## Rule 193.7 Notice

16.    Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

## Prayer

For the reasons discussed herein, Plaintiff prays this court cite Defendant to appear and answer herein and that Plaintiff have judgment taken against Defendant, and recover all damages allowed by law, pre-judgment and post judgment interest as allowed by law, costs of court, and such other and further relief, both general and special, at law or in equity, to which Plaintiff may show herself justly entitled including but not limited to: past and future medical damages, past and future physical pain and suffering and mental anguish, past and future impairment, past and future disfigurement, Costs of Court, and whatever further equitable relief the Court may deem justly appropriate.

*[signature block on next page]*

4

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Tyler N. Wilson*
Tyler N. Wilson
Texas State Bar No. 24089835
440 Louisiana St., Suite 1400
Houston, Texas 77002
Telephone: (713) 588-0383
Facsimile: (713) 587-9086
E-Service: e-service@daspitlaw.com
                twilson@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

5

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Caleb Palmeros on behalf of John Daspit
Bar No. 24048906
cpalmeros@daspitlaw.com
Envelope ID: 94897693
Filing Code Description: Petition
Filing Description: PLAINTIFF'S ORIGINAL PETITION / NC
Status as of 12/4/2024 10:13 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tyler Wilson | | twilson@daspitlaw.com | 12/3/2024 3:11:28 PM | SENT |
| Caleb ZPalmeros | | cpalmeros@daspitlaw.com | 12/3/2024 3:11:28 PM | SENT |
| John Daspit | | e-service@daspitlaw.com | 12/3/2024 3:11:28 PM | SENT |
| Alma Lira | | Alira@proactivelegal.com | 12/3/2024 3:11:28 PM | SENT |
| Erik Johns | | ejohns@proactivelegal.com | 12/3/2024 3:11:28 PM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 12/3/2024 3:11:28 PM | SENT |

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org"

TO:    **TARGET CORPORATION,** who may be served with process by serving its registered agent, CT CORPORATION SYSTEM at **1999 BRYAN STREET, SUITE 900, DALLAS, TEXAS 75201** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before

ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the

**Honorable County Court at Law Number 7,** El Paso County, Texas, at the Court House of said County in El Paso,

Texas.

Said Plaintiff's Petition was filed in said court on this the 3rd day of December, 2024, by Attorney at Law, TYLER

N WILSON, 440 LOUISIANA STREET, SUITE 1400, HOUSTON, TX 77002 in this case numbered **2024DCV5426** on the

docket of said court, and styled:

**MARIA MUNOZ**
**VS.**
**TARGET CORPORATION**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on this the 9th day of December, 2024

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
Enrique Moreno County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901



Attest:    NORMA FAVELA BARCELEAU    District Clerk
El Paso County, Texas

By _____ , Deputy
Christian Medina

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the

date of delivery endorsed thereon and with a copy of the petition attached thereto."

Mauricio Segovia
PSC1689 Expires 8/31/2024
2024/12/13 14:13:17  6020241218014060

**RETURN**

Came on hand on _____ day of _____, 20____, at _____ o'clock ____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance From Court House |
|---|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | Hour | Min. | .M. | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being _____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

        FEES—SERVING ____ copy _____ $ _____    _____ Sheriff

                        _____ County, Texas

        Total _____ $ _____    by _____, Deputy

**CERTIFICATE OF DELIVERY**

I do hereby certify that I delivered to _____, on the _____ day of _____ 20_____, at _____ o'clock ____m. this copy of this instrument.

                                _____, Sheriff/Agent

                                _____ County, Texas

                                By _____, Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20____.

        **(SEAL)**

                        _____

                        NOTARY PUBLIC, STATE OF TEXAS

El Paso County - County Court at Law 7

Filed 12/13/2024 8:45 AM
Norma Favela Barceleau
District Clerk
El Paso County
2024DCV5426

## CAUSE NO. 2024DCV5426

| | | |
|---|---|---|
| MARIA MUNOZ | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | EL PASO COUNTY, TEXAS |
| | § | |
| TARGET CORPORATION | § | |
| Defendant. | § | COUNTY COURT AT LAW NUMBER 7 |

## AFFIDAVIT OF SERVICE

On this day personally appeared **Mauricio Segovia** who, being by me duly sworn, deposed and said:

"The following came to hand on **Dec 12, 2024, 10:57 am,**

### CITATION, PLAINTIFF'S ORIGINAL PETITION,

and was executed at **1999 BRYAN STREET SUITE 900, DALLAS, TX 75201** within the county of **DALLAS** at **12:39 PM** on **Thu, Dec 12 2024**, by delivering a true copy to the within named

**TARGET CORPORATION, WHO MAY BE SERVED WITH PROCESS BY SERVING ITS REGISTERED AGENT, CT CORPORATION SYSTEM, accepted by** Intake Specialist: Zachary Rouse

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Mauricio Segovia
**Certification Number: PSC-1689**
**Certification Expiration: 8/31/2026**

**BEFORE ME**, a Notary Public, on this day personally appeared **Mauricio Segovia**, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his or her personal knowledge and are true and correct.

SUBSCRIBED AND SWORN TO ME ON  12/12/2024

> MARIA M. SEGOVIA
> My Notary ID # 129480220
> Expires July 5, 2025

Notary Public, State of Texas

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 95284120
Filing Code Description: No Fee Documents
Filing Description: Return of Service
Status as of 12/13/2024 9:23 AM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alma Lira | | Alira@proactivelegal.com | 12/13/2024 8:45:49 AM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 12/13/2024 8:45:49 AM | SENT |
| Tyler Wilson | | twilson@daspitlaw.com | 12/13/2024 8:45:49 AM | SENT |
| John Daspit | | e-service@daspitlaw.com | 12/13/2024 8:45:49 AM | SENT |
| Caleb ZPalmeros | | cpalmeros@daspitlaw.com | 12/13/2024 8:45:49 AM | SENT |
| Erik Johns | | ejohns@proactivelegal.com | 12/13/2024 8:45:49 AM | SENT |

Copy from re:SearchTX

El Paso County - County Court at Law 7

Filed 1/6/2025 9:42 AM
Norma Favela Barceleau
District Clerk
El Paso County
2024DCV5426

IN THE COUNTY COURT AT LAW NUMBER SEVEN
OF EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| MARIA MUNOZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO.:  2024DCV5426 |
| | § | |
| TARGET CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT TARGET CORPORATION'S
## ORIGINAL ANSWER

**TO THE HONORABLE COUNTY COURT AT LAW:**

**COMES NOW, TARGET CORPORATION**, the Defendant herein ("**Defendant**"), and timely files this, its Original Answer in reply to the Original Petition filed by the Plaintiff, MARIA MUNOZ ("Plaintiff") in this cause and asserts as follows:

### I.

### General Denial

Pursuant to Rule 92 of the Texas Rules of Civil Procedure, this Defendant enters a General Denial Answer and places all of the matters pled by Plaintiff in this case in issue, demanding strict proof of all of Plaintiff's allegations made herein by a preponderance of the evidence as required by the Constitution and laws of the State of Texas.

### II.

This Defendant reserves the right to amend its Answer further, if necessary.

**WHEREFORE, PREMISES CONSIDERED,** Defendant, **TARGET CORPORATION** prays to the Court that all relief requested by Plaintiff against it in this action be denied in its entirety, that Plaintiff take nothing by her claims asserted against this Defendant and that this

1

16564-105/AALM/2149541

Defendant be allowed to go hence, without delay and with its costs taxed to Plaintiff and for such other and further relief, legal and equitable, general and special, to which this Defendant is justly entitled.

Respectfully submitted,

**MOUNCE, GREEN, MYERS,**
**SAFI, PAXSON & GALATZAN**
A Professional Corporation
P. O. Box 1977
El Paso, Texas 79950-1977
(915) 532-2000
(915) 541-1597 (fax)
almanzan@mgmsg.com

By:_____

**Andrés E. Almanzán**
Texas State Bar No. 24001643

Attorney for Defendant
TARGET CORPORATION

## CERTIFICATE OF SERVICE

I, **Andrés E. Almanzán**, certify on this 6th day of January, 2025, the foregoing pleading was electronically-filed with the Clerk of the Court using the electronic filing procedures action pursuant to the Court's Electronic Filing Procedures, which will electronically send notification of such filing to the following counsel of record at his respective e-mail address(es) as follows: twilson@daspitlaw.com, e-service@daspitlaw.com, Tyler N. Wilson, Esq., Daspit Law Firm, 440 Louisiana Street, Suite 1400, Houston, Texas 77002.

_____

**Andrés E. Almanzán**

16564-105/AALM/2149541

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Amanda Martinez on behalf of Andres Almanzan
Bar No. 24001643
amartinez@mgmsg.com
Envelope ID: 95874003
Filing Code Description: Answer/Response
Filing Description: DEFENDANT TARGET CORPORATION'S ORIGINAL ANSWER
Status as of 1/8/2025 7:51 PM MST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alma Lira | | Alira@proactivelegal.com | 1/6/2025 9:42:01 AM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 1/6/2025 9:42:01 AM | SENT |
| Tyler Wilson | | twilson@daspitlaw.com | 1/6/2025 9:42:01 AM | SENT |
| John Daspit | | e-service@daspitlaw.com | 1/6/2025 9:42:01 AM | SENT |
| Caleb ZPalmeros | | cpalmeros@daspitlaw.com | 1/6/2025 9:42:01 AM | SENT |
| Erik Johns | | ejohns@proactivelegal.com | 1/6/2025 9:42:01 AM | SENT |
| Joshua Delgado | | jdelgado@mgmsg.com | 1/6/2025 9:42:01 AM | SENT |
| Olga LBurkett | | oburkett@mgmsg.com | 1/6/2025 9:42:01 AM | SENT |
| Amanda Martinez | | amartinez@mgmsg.com | 1/6/2025 9:42:01 AM | SENT |
| Andres Almanzan | | almanzan@mgmsg.com | 1/6/2025 9:42:01 AM | SENT |

COUNTY COURT AT LAW NO. 7
EL PASO COUNTY, TEXAS

Maria Munoz

vs.

Target Corporation

Cause No.            2024DCV5426

## COURT SETTING

The above referenced case is set as follows:

| Date | Time | Description |
|---|---|---|
| 03/18/2025 | 10:00 AM (Mountain Time) | Status/Scheduling Conference |

Dear Counsel:

The hearing will be conducted via Zoom.
https://txcourts.zoom.us/j/89266278344

Failure to appear for the hearing may result in the **dismissal** of your case.

**COURTROOM ATTIRE REQUIRED WHEN LOGGED ONTO ZOOM.**

If the case has been settled, tried, or dismissed, please notify the Court Coordinator, Araceli Jane, at A.Jane@epcounty.com or 915-543-3877.

**SIGNED and ENTERED 1/15/2025.**

*Ruben Morales*

**RUBEN MORALES, JUDGE**

cc:    ANDRES E ALMANZAN           915-532-2000
       Tyler N Wilson              713-322-4878

*Please give notice to all concerned parties.*

IF YOU KNOW OF AN ATTORNEY INVOLVED IN THIS CASE AND NOT LISTED, PLEASE PROVIDE HIM/HER A COPY OF THIS SETTING

COUNTY COURT AT LAW NO. 7
EL PASO COUNTY, TEXAS

Maria Munoz

vs.

Target Corporation

Cause No.        2024DCV5426

## COURT SETTING

The above referenced case is set as follows:

| Date | Time | Description |
|------|------|-------------|
| 05/20/2025 | 10:15 AM (Mountain Time) | Status Hearing |

Dear Counsel:

The hearing will be conducted via Zoom.
https://txcourts.zoom.us/j/81279671830

Failure to appear for the hearing may result in the **dismissal** of your case.

**COURTROOM ATTIRE REQUIRED WHEN LOGGED ONTO ZOOM.**

If the case has been settled, tried, or dismissed, please notify the Court Coordinator, Araceli Jane, at A.Jane@epcountytx.gov or 915-273-3735.

**SIGNED and ENTERED 3/19/2025.**

*Ruben Morales*

**RUBEN MORALES, JUDGE**

cc:    ANDRES E ALMANZAN                915-532-2000
       Tyler N Wilson                    713-322-4878

*Please give notice to all concerned parties.*

IF YOU KNOW OF AN ATTORNEY INVOLVED IN THIS CASE AND NOT LISTED,
PLEASE PROVIDE HIM/HER A COPY OF THIS SETTING